JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIE M. FARROW, Trustee of the Willie M. Farrow Revocable Trust; Corporate Pointe Escrow of California, Inc. and Does 1-10,<br><br>　　　　　Defendants. | **Case No.: 2:19-cv-05325-RGK-RAO**<br><br>*Hon. R. Gary Klausner*<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Action Filed:　June 18, 2019<br>Trial Date:　　Not on Calendar |

---

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's ("Plaintiff") entire action is dismissed without prejudice, including all claims stated against Willie M. Farrow, Trustee of the Willie M. Farrow Revocable Trust and Corporate Pointe Escrow of California, Inc. ("Defendants").

Dated: March 16, 2020

*Gary Klausner*
Hon. R. Gary Klausner
Judge, United States Court
Central District of California